# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re; Carlos Beltran, et al            )
                                        )
                                        )     **Case No.:** 09-bk-06437
                                        )
                                        )
                                        )
                                        )
                                        )
                                        )
                                        )
_____ /

## MOTION TO CONTINUE DISCLOSURE STATEMENT HEARING

**COMES NOW** creditors –through counsel- and pursuant to Fed.R.Civ.P. Rule 7; Local Rule 7.1; FRBKP 3017 moves this Honorable Court to continue the scheduled hearing scheduled for April 27th 2010. In support the appearing creditors state and pray as follows:

1. This Honorable Court has scheduled a disclosure statement hearing for April 27th 2010. See docket # 100 to wit:

   *03/03/2010    100 ORDER AND NOTICE ON DISCLOSURE STATEMENT: Hearing scheduled 4/27/2010 at 10:00 AM at US POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR, 2ND FLOOR COURTROOM 2. The debtor shall give notice of this order to all creditors and parties in interest and file a certificate of service within seven (7) days from notice of this order. (RE: related document(s) 91). Signed on 3/3/2010.(MENDEZ GOMEZ, EVANGELINA) (Entered: 03/03/2010)*

2. On April 7th 2010 the office U.S Trustee continued the 341 hearing. At the hearing the appearing counsel informed the office of the U.S. Trustee of a scheduled reconstructive

1

surgery that the appearing counsel must attend and go through. All the attendees, creditors and the U.S. Trustee representative were informed of the upcoming medical intervention which will prevent the appearing counsel to attend the scheduled hearing.

3. Many of the attendees requested that the undersigned inform the court that there was and would not be objection files to a continuance of the hearing. Similarly, there is no prejudice to any party since the 341 was not concluded and the need to make a final amendment to the schedule was necessary.

4. The appearing counsel is submitting a medical informative letter from attending physician who will be performing the surgery. On best information and belief, the recuperation period as explained by the attending physician is until May 17, 2010.

5. The appearing creditors respectfully pray to this court to grant a continuance after May 17th 2010, so as to permit counsel to recuperate and present a meaningful hearing.

**WHEREFORE** the appearing debtors respectfully pray to this court to grant the continuance based on the medical need of petitioners counsel.

Respectfully submitted,

*S/Lorenzo J. Palomares-Starbuck*
Lorenzo J. Palomares, Esq.
USDC #218017
Counsel for Petitioner
421 Muñoz Rivera
Midtwon Bld, Penthouse 1001
Hato Rey, PR 00918
TEL (787)753-7441
Fax (787) 622-2540

# CERTIFICATE OF SERVICE

I certify that on this day I personally filed this pleading it the courts ECF/CM electronic case management system that will served an electronic copy to all counsels of record. And

| | | |
|---|---|---|
| **CHARLES P GILMORE**<br>O'NEILL & GILMORE<br>SUITE 1701<br>252 PONCE DE LEON AVENUE<br>SAN JUAN, PR 00918<br>787-620-0670<br>787-620-0671 (fax)<br>cpg@go-law.com<br>*Assigned: 09/30/2009* | representing | **TORAL PETROLEUM CORPORATION**<br>O'Neill & Gilmore, PSC<br>Citibank Towers Suite 1701<br>252 Ponce de Leon Ave.<br>San Juan, PR 00918<br>787-620-0670<br>787-620-0671 (fax)<br>*(Creditor)* |
| **JOSE R GONZALEZ IRIZARRY**<br>MC CONNELL VALDES<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225<br>787-250-5636<br>787-759-2787 (fax)<br>jrgi@mcvpr.com<br>*Assigned: 09/25/2009*<br>*LEAD ATTORNEY* | representing | **BANCO POPULAR DE PUERTO RICO**<br>PO BOX 362708<br>San Juan, PR 00936-2708<br>787 765-9800<br>*(Creditor)* |
| **JOSE L JIMENEZ QUINONES**<br>JIMENEZ QUINONES LAW OFFICE, PSC<br>268 AVE. PONCE DE LEON<br>SUITE 1118<br>SAN JUAN, PR 00918-2007<br>787-282-9009<br>1-866-326-9416 (fax)<br>jljimenez11@gmail.com<br>*Assigned: 09/11/2009* | representing | **RAMON LEBRON OCASIO**<br>HC 40 BOX 47250<br>SAN LORENZO, PR 00754-9907<br>*(Creditor)* |
| **PATRICK D. O'NEILL**<br>O'NEILL & GILMORE, P.S.C.<br>Edif. Citibank Tower<br>252 Ave. Ponce de Leon Suite 1701 | representing | **TORAL PETROLEUM CORPORATION**<br>O'Neill & Gilmore, PSC<br>Citibank Towers Suite 1701 |

| | | |
|---|---|---|
| SAN JUAN, PR 00918-2019<br>(787) 620-0670<br>(787) 620-6071 (fax)<br>pdo@go-law.com<br>*Assigned: 09/30/2009* | | 252 Ponce de Leon Ave.<br>San Juan, PR 00918<br>787-620-0670<br>787-620-0671 (fax)<br>*(Creditor)* |
| **ALEJANDRO A SUAREZ CABRERA**<br>PO BOX 365028<br>SAN JUAN, PR 00936<br>787-793-5959 EXT. 5693<br>787 774-8465 (fax)<br>Alejandro.Suarez@cfse.gov.pr<br>*Assigned: 09/03/2009* | representing | **STATE INSURANCE FUND CORPORATION**<br>C/O ALEJANDRO A. SUAREZ CABRERA<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028<br>787-793-5959 ext.5693<br>787-774-8465 (fax)<br>Alejandro.Suarez@cfse.gov.pr<br>*(Creditor)* |
| **ANGEL M. VAZQUEZ BAUZA**<br>P.O. BOX 191017<br>SAN JUAN, PR 00919-1017<br>787 754-1313<br>787 754-8760 (fax)<br>avazquez@enrassociates.com<br>*Assigned: 08/19/2009* | representing | **FIRSTBANK PUERTO RICO**<br>ENR & ASSOCIATES<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017<br>*(Creditor)* |
| **YASMIN ROCIO VAZQUEZ VAZQUEZ**<br>CONSUMER BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936<br>787-753-7849<br>787-751-7827 (fax)<br>quiebras@bppr.com<br>*Assigned: 08/31/2009* | representing | **POPULAR AUTO**<br>YASMIN R VAZQUEZ ESQ<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818<br>*(Creditor)* |

*S/ Lorenzo J. Palomares-Starbuck*
Lorenzo J. Palomares-Starbuck