# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re;  Carlos Beltran, et al )
)
)           **Case No.:** 09-bk-06437
)
)
)
)
)
)
)
)
)

## MOTION IN COMPLIANCE AND SUBMITTING LIQUIDATION ANALYSIS

**COMES NOW** Petitioner –through counsel- moves pursuant to Rule 3016 and Rule 3019 moves this Honorable Court in compliance with Rule 3016 and 3019 to submit the liquidation analysis as an exhibit to the Disclosure Statement and Reorganization Plan. In support the appearing petitioner states and prays as follows:

### PROCEDURAL HISOTRY

1. The parties herewith have submitted a disclosure statement and reorganization plan.

2. One creditor has objected due to the lack of a liquidation analysis. The same is submitted as exhibit to this motion in compliance.

**WHEREFORE** the appearing parties respectfully pray to this court to take notice of the same and accept the filing herewith as the liquidation analysis under the submitted plan.

The Respectfully submitted,

*S/Lorenzo J. Palomares-Starbuck*
Lorenzo J. Palomares, Esq.
USDC #218017
Counsel for Petitioner
421 Muñoz Rivera
Midtwon Bld, Penthouse 1001
Hato Rey, PR 00918
TEL (787)753-7441
Fax (787) 622-2540

### CERTIFICATE OF SERVICE

I certify that on this day I personally filed this pleading it the courts ECF/CM electronic case management system that will served an electronic copy to all counsels of record. And

| | | |
|---|---|---|
| **CHARLES P GILMORE**<br>O'NEILL & GILMORE<br>SUITE 1701<br>252 PONCE DE LEON AVENUE<br>SAN JUAN, PR 00918<br>787-620-0670<br>787-620-0671 (fax)<br>cpg@go-law.com<br> *Assigned: 09/30/2009* | representing | **TORAL PETROLEUM CORPORATION**<br>O'Neill & Gilmore, PSC<br>Citibank Towers Suite 1701<br>252 Ponce de Leon Ave.<br>San Juan, PR 00918<br>787-620-0670<br>787-620-0671 (fax)<br>*(Creditor)* |
| **JOSE R GONZALEZ IRIZARRY**<br>MC CONNELL VALDES<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | representing | **BANCO POPULAR DE PUERTO RICO**<br>PO BOX 362708<br>San Juan, PR 00936-2708 |

2

The Law Offices of Lorenzo Palomares P.S.C.
Attorneys & Counselors at Law

| | | |
|---|---|---|
| 787-250-5636<br>787-759-2787 (fax)<br>jrgi@mcvpr.com<br>*Assigned: 09/25/2009*<br>*LEAD ATTORNEY* | | 787 765-9800<br>*(Creditor)* |
| **JOSE L JIMENEZ QUINONES**<br>JIMENEZ QUINONES LAW OFFICE, PSC<br>268 AVE. PONCE DE LEON SUITE 1118<br>SAN JUAN, PR 00918-2007<br>787-282-9009<br>1-866-326-9416 (fax)<br>jljimenez11@gmail.com<br>*Assigned: 09/11/2009* | representing | **RAMON LEBRON OCASIO**<br>HC 40 BOX 47250<br>SAN LORENZO, PR 00754-9907<br>*(Creditor)* |
| **PATRICK D. O'NEILL**<br>O'NEILL & GILMORE, P.S.C.<br>Edif. Citibank Tower<br>252 Ave. Ponce de Leon Suite 1701<br>SAN JUAN, PR 00918-2019<br>(787) 620-0670<br>(787) 620-6071 (fax)<br>pdo@go-law.com<br>*Assigned: 09/30/2009* | representing | **TORAL PETROLEUM CORPORATION**<br>O'Neill & Gilmore, PSC<br>Citibank Towers Suite 1701<br>252 Ponce de Leon Ave.<br>San Juan, PR 00918<br>787-620-0670<br>787-620-0671 (fax)<br>*(Creditor)* |
| **ALEJANDRO A SUAREZ CABRERA**<br>PO BOX 365028<br>SAN JUAN, PR 00936<br>787-793-5959 EXT. 5693<br>787 774-8465 (fax)<br>Alejandro.Suarez@cfse.gov.pr<br>*Assigned: 09/03/2009* | representing | **STATE INSURANCE FUND CORPORATION**<br>C/O ALEJANDRO A. SUAREZ CABRERA<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028<br>787-793-5959 ext.5693<br>787-774-8465 (fax)<br>Alejandro.Suarez@cfse.gov.pr<br>*(Creditor)* |
| **ANGEL M. VAZQUEZ BAUZA**<br>P.O. BOX 191017<br>SAN JUAN, PR 00919-1017 | representing | **FIRSTBANK PUERTO RICO**<br>ENR & ASSOCIATES<br>PO BOX 191017 |

| | |
|---|---|
| 1 | 787 754-1313 |
| 2 | 787 754-8760 (fax) |
| | avazquez@enrassociates.com |
| 3 | *Assigned: 08/19/2009* |
| 4 | **YASMIN ROCIO VAZQUEZ VAZQUEZ** |
| 5 | |
| 6 | CONSUMER BANKRUPTCY DEPARTMENT |
| | PO BOX 366818 |
| 7 | SAN JUAN, PR 00936 |
| | 787-753-7849 |
| 8 | 787-751-7827 (fax) |
| 9 | quiebras@bppr.com |
| | *Assigned: 08/31/2009* |

SAN JUAN, PR 00919-1017
*(Creditor)*

representing

**POPULAR AUTO**
YASMIN R VAZQUEZ ESQ
PO BOX 366818
SAN JUAN, PR 00936-6818
*(Creditor)*

*S/Lorenzo J. Palomares-Starbuck*
Lorenzo J. Palomares-Starbuck

EXHIBIT A