**CARLOS L. BELTRAN RODRIGUEZ AND INES GONZALEZ ROSADO**
dba Las Piedras Service Station and dba Juncos Service Station

**Debtor in Possession**
**Case No. 09-06437 (ESL)**

ASSUMPTIONS AND BASIS FOR PREPARATION FOR THE
LIQUIDATION ANALYSIS

One requirement for the confirmation of a plan under Chapter 11 of the U.S. Code is that with respect to each impaired class of claims, each claim holder of such class has accepted the plan or will receive or retain under the plan on account of such allowed claim, a value as of the effective date of the plan, that is not less than the amount such claim holder would receive or retain if the debtors were liquidated under Chapter 7 of the Code. In order to provide the value as of the effective date of the plan under a Chapter 7 scenario, debtor provides a detailed liquidation analysis.

For the purpose of determining a liquidation value, debtor have estimated the realizable value in a chapter 7 scenario of the actual or scheduled value of existing real property, cash and personal property. The estimated realizable values have been deducted for purposes of the liquidation analysis using the experience of liquidation of assets under Chapter 7 bankruptcy cases.

Major assumptions in the preparation of this liquidation analysis follow.

   A. *Cash on hand*

For the purpose of determining a liquidation value on the cash on hand for the operation of the business, debtor considered as realizable in a chapter 7 scenario 100% of the amounts presented as filed detailed in the schedules.

   B. *Personal Property (Effects)*

For the purpose of determining a liquidation value of personal effects, debtor estimated as realizable in a chapter 7 scenario 50% of the amounts presented as filed detailed in the schedules.

   C. *Stocks*

For the purpose of determining a liquidation value of debtor's owned stocks and interest on corporations, debtor estimated as realizable in a chapter 7 scenario 0% of the amounts presented and detailed in the schedules.

# CARLOS L. BELTRAN RODRIGUEZ AND INES GONZALEZ ROSADO
## dba Las Piedras Service Station and dba Juncos Service Station
## Case No. 09-06437 (ESL)
## LIQUIDATION ANALYSIS

| Estate Property Description | Actual or Scheduled Value | Estimated Liquidation Factor | Realizable Value | Liens | Exemption | Liquidation Value |
|---|---|---|---|---|---|---|
| *Real Property:* | | | | | | |
| 1  Arenero Los Hermanos | 3,000,000 | 90% | 2,700,000 | (250,000) | - | 2,450,000 |
| 2  Carolina Service Station | 1,900,000 | 90% | 1,710,000 | (1,677,400) | - | 32,600 |
| 3  Charlie Gas Station - Juncos | 3,600,000 | 90% | 3,240,000 | (3,085,772) | - | 154,228 |
| 4  Providencia House - Juncos | 950,000 | 90% | 855,000 | - | - | 855,000 |
| 5  Garage San Lorenzo | 1,800,000 | 90% | 1,620,000 | (730,114) | - | 889,886 |
| 6  Garage Texaco - Vega Baja | 1,100,000 | 90% | 990,000 | (1,350,000) | - | - |
| 7  Lof of 3.5 Cuerdas - Bo. Ceiba Norte | 525,000 | 90% | 472,500 | - | - | 472,500 |
| 8  Bo. Collores - Las Piedras | 450,000 | 90% | 405,000 | (125,000) | - | 280,000 |
| 9  Las Piedras Gas Station - Bo. Montes | 4,151,000 | 90% | 3,735,900 | (2,659,894) | - | 1,076,006 |
| 10  Bo. Mabu - Humacao | 450,000 | 90% | 405,000 | - | - | 405,000 |
| 11  Road #39 - Palmas del Mar Humacao | 1,900,000 | 90% | 1,710,000 | (68,000) | (4,464,105) | - |
| Total | 19,826,000 | | 17,843,400 | (9,946,180) | (4,464,105) | 6,615,220 |
| *Personal Property:* | | | | | | |
| Cash on Hand | 60,000 | 100% | 60,000 | - | - | 60,000 |
| Personal Property | 20,000 | 50% | 10,000 | - | - | 10,000 |
| Stocks - Industrias Areneras | 13,975,000 | 0% | - | - | - | - |
| Stocks - CBR Properties | 1,500,000 | 0% | - | - | - | - |
| Stocks - Las Piedras | 2,500,000 | 0% | - | - | - | - |
| Total | 18,055,000 | | 70,000 | - | (8,928,210) | 70,000 |
| **Overall Total** | 37,881,000 | | 17,913,400 | (9,946,180) | | 6,685,220 |

**Summary of Liquidation Analysis**

|  |  |  |
|---|---|---|
| | Estimated Liquidation Value | 6,685,220 |
| Less: | Administrative Expenses Chapter 11 | (79,287) |
| Less: | Administrative Expenses Chapter 7 (Stamps, Notarial, Realtor & Trustee Fees) | (1,337,044) |
| Less: | Priority Taxes & Priority Claims | (41,331) |
| | **Net Assets for Unsecured Claims** | **5,227,558** |
| | Estimated Dividend for Unsecured in a Chapter 7 Scenario | |
| | Class 6 | 4,883,773 |
| | Class 7 | - |
| | Class 8 | - |
| | | 4,883,773 |
| | **Estimated Dividend for Unsecured Claims** | **107%** |
| | **Dividend through Plan of Reorganization** | **100%** |