**CARLOS L. BELTRAN RODRIGUEZ AND INES GONZALEZ ROSADO**
**dba Las Piedras Service Station and dba Juncos Service Station**
*Case No. 09-06437 (ESL)*
*PAYMENTS UNDER THE PLAN OF REORGANIZATION*

Dated: January 28, 2010
Last POC: 28

| CREDITOR | CLAIM NUMBER | CLAIM CLASS | PLAN CLASS | CLAIM AMOUNT | ALLOWED AMOUNT | ALLOWED PLAN | Monthly Payment | Year 1 | Year 2 |
|---|---|---|---|---|---|---|---|---|---|
| *Administartive Claims* | | | | | | | | | |
| L. Palomares, Esq. - Attorney's Fees | Estimated | Adm. | A1 | 50,000 | 50,000 | 50,000 | - | 50,000 | - |
| E. Silva, CPA - Accounting's Fees | Estimated | Adm. | A1 | 10,000 | 10,000 | 10,000 | - | 10,000 | - |
| Internal Revenue Services | 26 | Adm. | A1 | 8,887 | 8,887 | 8,887 | - | 8,887 | - |
| US Quarterly Fees | Estimated | Adm. | A1 | 10,400 | 10,400 | 10,400 | - | 10,400 | - |
| Total | | | | 79,287 | 79,287 | 79,287 | - | 79,287 | - |
| *Priority Tax Claims* | | | | | | | | | |
| Internal Revenue Services | 16 | Taxes | At. II | 9,202 | 9,202 | 9,202 | 15 | 184 | 184 |
| CRIM - Personal Property | 12 | Taxes | At. II | 1,516 | 1,516 | 1,516 | 3 | 30 | 30 |
| PR Department of Treasury | 23 | Taxes | At. II | 27,300 | 27,300 | 27,300 | 46 | 546 | 546 |
| PR Department of Labor | 27 | Taxes | At. II | 3,314 | 3,314 | 3,314 | 6 | 66 | 66 |
| Total | | | | 41,331 | 41,331 | 41,331 | 69 | 827 | 827 |
| *Secured Claims of Popular Auto* | | | | | | | | | |
| Popular Auto - Wellcraft Boat | 3 | S | B1 | 107,516 | 107,516 | 107,516 | 179 | 2,150 | 2,150 |
| *Secured Claims of Ocasio* | | | | | | | | | |
| Ramon Lebron Ocasio | 9 | S | B2 | 250,000 | 250,000 | 250,000 | 417 | 5,000 | 5,000 |
| *Secured Claims of FBPR* | | | | | | | | | |
| Firstbank de PR | 11 | S | B3 | 73,583 | 73,583 | 73,583 | 123 | 1,472 | 1,472 |
| *Secured Claims of CRIM* | | | | | | | | | |
| CRIM - Bo. Quemados San Lorenzo | 13 | S | B4 | 14,792 | 14,792 | 14,792 | 25 | 296 | 296 |
| *Secured Claims of IRS* | | | | | | | | | |
| Internal Revenue Services | 16 | S | B5 | 163,368 | 163,368 | 163,368 | 272 | 3,267 | 3,267 |
| *Secured Claims of WBPR* | | | | | | | | | |
| Westernbank | 17 | S | B6 | 232,153 | 232,153 | 232,153 | 387 | 4,643 | 4,643 |
| Westernbank | 18 | S | B6 | 756,566 | 756,566 | 756,566 | 1,261 | 15,131 | 15,131 |
| Westernbank | 19 | S | B6 | 8,640 | 8,640 | 8,640 | 14 | 173 | 173 |
| Westernbank | 20 | S | B6 | 84,024 | 84,024 | 84,024 | 140 | 1,680 | 1,680 |
| Westernbank | 21 | S | B6 | 831,732 | 831,732 | 831,732 | 1,386 | 16,635 | 16,635 |
| Total | | | | 1,913,116 | 1,913,116 | 1,913,116 | 3,189 | 38,262 | 38,262 |
| *Secured Claims of BPPR* | | | | | | | | | |
| Banco Popular de PR | 22 | S | B7 | 5,274,197 | 5,274,197 | 5,274,197 | 8,790 | 105,484 | 105,484 |
| *General Unsecured Claims* | | | | | | | | | |
| Banco Popular de PR - Codebtor personal Loan | 1 | U | B8 | 3,053 | 3,053 | 3,053 | 5 | 61 | 61 |
| Banco Popular de PR - Codebtor personal Loan | 2 | U | B8 | 15,177 | 15,177 | 15,177 | 25 | 304 | 304 |
| Banco Popular - AMEX | 4 | U | B8 | 7,036 | 7,036 | 7,036 | 12 | 141 | 141 |
| Banco Popular de PR - VISA | 5 | U | B8 | 15,107 | 15,107 | 15,107 | 25 | 302 | 302 |
| Popular Auto - 2005 Nissan 350Z | 6 | U | B8 | 2,724 | 2,724 | 2,724 | 5 | 54 | 54 |
| State Insurance Fund | 7 | U | B8 | 1,888 | 1,888 | 1,888 | 3 | 38 | 38 |
| Eurobank | 8 | U | B8 | 254,191 | 254,191 | 254,191 | 424 | 5,084 | 5,084 |
| Toral Petrolum | 10 | U | B8 | 677,907 | 677,907 | 677,907 | 1,130 | 13,558 | 13,558 |
| CRIM - Personal Property | 12 | U | B8 | 98,688 | 98,688 | 98,688 | 164 | 1,974 | 1,974 |
| CRIM - Bo. Quemados San Lorenzo | 13 | U | B8 | 1,093 | 1,093 | 1,093 | 2 | 22 | 22 |
| Total Petroleum Puerto Rico Corp. | 14 | U | B8 | 40,101 | 40,101 | 40,101 | 67 | 802 | 802 |
| Eurobank | 15 | U | B8 | 6,762 | 6,762 | 6,762 | 11 | 135 | 135 |
| Internal Revenue Service | 16 | U | B8 | 26,677 | 26,677 | 26,677 | 44 | 534 | 534 |
| Banco Popular de PR | 22 | U | B8 | 3,658,317 | 3,658,317 | 3,658,317 | 6,097 | 73,166 | 73,166 |
| PR Department of Treasury | 23 | U | B8 | 20,442 | 20,442 | 20,442 | 34 | 409 | 409 |
| Arch Charles de Jesus | 24 | U | B8 | 8,680 | 8,680 | 8,680 | 14 | 174 | 174 |
| EBP Design Group Consulting Engineers PSC | 25 | U | B8 | 13,080 | 13,080 | 13,080 | 22 | 262 | 262 |
| PR Department of Labor | 27 | U | B8 | 9,726 | 9,726 | 9,726 | 16 | 195 | 195 |
| OC Engineering Group PSC | 28 | U | B8 | 1,000 | 1,000 | 1,000 | 2 | 20 | 20 |
| Efran Casillas | Scheduled | U | B8 | - | - | - | - | - | - |
| JC Penny | Scheduled | U | B8 | 4,906 | 4,906 | 4,906 | 8 | 98 | 98 |
| Kelvin Hernandez | Scheduled | U | B8 | - | - | - | - | - | - |
| Sears | Scheduled | U | B8 | 9,176 | 9,176 | 9,176 | 15 | 184 | 184 |
| Zales Credit Plan | Scheduled | U | B8 | 8,042 | 8,042 | 8,042 | 13 | 161 | 161 |
| Total | | | | 4,883,773 | 4,883,773 | 4,883,773 | 8,140 | 97,675 | 97,675 |
| *Other Priority Claims* | | | | | | | | | |
| PR Department of Treasury | 23 | S | B9 | 4,464,105 | 4,464,105 | 4,464,105 | - | - | - |
| **Overall Total** | | | | **$ 17,265,068** | **$ 17,265,068** | **$ 17,265,068** | **$ 21,203** | **$ 333,720** | **$ 254,434** |