IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS L. BELTRAN RODRIGUEZ;
INES GONZALEZ ROSADO; D/B/A
LAS PIEDRAS SERVICE STATION;
JUNCOS SERVICE STATION

Debtors

CASE NO. 09-06437

CHAPTER 11

FILED & ENTERED

AUG 19 2010

U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

## ORDER

This case is before the court on the First Amended Interim Application for Allowance of Payment of Compensation and Reimbursement of Expenses (hereinafter referred to as the "Application") for the period of June 27, 2009 through January 31, 2010 filed by the Law Offices of Lorenzo Palomares P.S.C., (hereinafter referred to as "Attorney Palomares,") attorneys for Debtors on February 19, 2010 (Docket No. 99). Donald F. Walton, the United States Trustee for Region 21 (hereinafter referred to as the "U.S. Trustee"), filed an objection to said Application on April 5, 2010 (Docket No. 108). Attorney Palomares filed a response to the U.S. Trustee's objection to the Application on April 15, 2010 (Docket No. 118). The Application seeks the approval of compensation in the amount of $55,087.50 for legal fees and $67.50 for expenses for the period of June 27, 2009 through January 31, 2010. A hearing on the matter was held on July 13, 2010 (Docket No. 152) in which the U.S. Trustee reinstated its objection to the fee Application for the reasons indicated in the motion. Attorney Palomares indicated that he would abide by this court's decision regarding the U.S. Trustee's objection to the fee Application. The court held that the U.S. Trustee was correct in its objection to the Application, thus the same would be reduced by the amounts indicated by the U.S. Trustee and the Application would be allowed for the remainder of the amounts owed. This court hereby grants the U.S. Trustee's objection to the Application in its entirety, thus reducing the amount requested for legal services by a total amount of $29,392.50 and allowing the remainder amount of $25,695.00 for legal services and $67.50 in expenses.

SO ORDERED.

In San Juan, Puerto Rico, this 18th day of August 2010.

/s/ Lamoutte
ENRIQUE S. LAMOUTTE
U. S. Bankruptcy Judge