## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                   Case No.:09-06437-ESL

**CARLOS L BELTRAN RODRIGUEZ**                           Chapter 11
**INES GONZALEZ ROSADO**

    Debtors.
_____/

## APPLICATION FOR LEAVE TO RETAIN REALTOR

TO THE HONORABLE COURT:

NOREEN WISCOVITCH RENTAS, duly appointed Chapter 11 Operating Trustee in this case ("Trustee"), states and request relief as follows:

1. The Trustee seeks to employ, MIGUEL RAMOS RIVAS owner and President of **National Executive Real Estate** to procure the sale of real property pertaining to the Estate and other related corporations. There are multiple properties owned by the Debtors, including realties which belong to other related corporations.

2. Miguel Ramos Rivas procured the sale of a realty related company CBR Properties, Corp. The sale is pending closing. The rate of commission in that particular sale is 5%. Per the Contract, the fees will be split between Ramos and the buyer realtor as it is customarily among realtors in which one brings the buyer and the other is the realtor for the seller.

3. **National Executive Real Estate** will be responsible of all selling and marketing efforts and will conduct the sale of the property in accordance to the notice of sale to be filed and noticed to creditors and parties in interest on even date.

4. To the best of the Trustee's knowledge, the firm and the professional whose employment is sought has no connection with the Trustee, the Debtor, the creditors, any parties in interest, their respective attorneys or accountants, the office of the US Trustee or any person employed by said office. Except that the realtor was contacted by the Debtors to represent them in the sale of a realty pertaining to an affiliated corporation CBR Properties, Corp.

5. The Trustee further believes that in the discharge of her duties the firm and its representative will not hold any interest adverse to the herein Estate and will be a disinterested person as defined by 11 U.S.C. §§101(14), 327.

6. The proposed realtor will be paid for its services as follows: In the event of a sale procured by **National Executive Real Estate**, in compliance with the terms, conditions, and minimum price detailed a the notice of sale, **National Executive Real Estate** will receive a commission at the rate of 2-5% of the gross sales price. These commissions are to be paid by the Estate, after notice and hearing and allowance by the Court.

**WHEREFORE,** the Trustee, Noreen Wiscovitch Rentas, respectfully requests an order authorizing the Trustee to retain the services of MIGUEL A. RAMOS RIVAS and **National Executive Real Estate**, to act as Realtor for the Trustee in the sale of various realties property of the Estate or property of an affiliated corporation and for any further relief this Court deems just and proper under the circumstances.

**NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Federal Rule of Bankruptcy Procedure 9006(f) if you were served by mail, any interested party whom against this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed

within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by Law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed by US Mail to all creditors and interested parties on the attached list on this 31st day of March, 2011.

/s/Noreen Wiscovitch-Rentas
**NOREEN WISCOVITCH RENTAS**
CHAPTER 11 TRUSTEE
PMB 136
400 Calle Kalaf
San Juan, Puerto Rico  00918
Tel: (787) 946-0132
Fax: (787) 946-0133
noreen@nwr-law.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                          Case No.:09-06437-ESL

CARLOS L BELTRAN RODRIGUEZ        Chapter 11
INES GONZALEZ ROSADO

     Debtors.
_____/

## VERIFIED STATEMENT PURSUANT TO LOCAL RULE 2014

I, Miguel A Ramos Rivas d/b/a President of National Executive Real Estate, respectfully, states:

1. I am duly licensed to conduct business in Puerto Rico. My realtor license number is 5113.

2. I maintain offices in Urb. Villa Graciela, Domingo Fidalgo Avenue, A-6, Juncos, PR 00777. Telephone numbers: (787) 734-6060 and Fax (787) 713-0120.

3. I am a disinterested person pursuant to 11 U.S.C. §101(14). Neither National Executive Real Estate, nor myself, nor my employees, have any prior connection with the Trustee, the Debtor, creditors, any other party in interest their respective attorneys and accountants, and the US Trustee Office. Except that prior to filing this application I entered into a contract for the sale of a realty owned by CBR Properties, Corp. I have not sold any other realty for the Debtors in this case.

4. I know of no reason why I cannot faithfully discharge its duties as Realtor for the Estate and should not be considered disinterested party within the meaning of 11 U.S.C. §101(14) and §327 of the Bankruptcy Code. I do not hold or represent an interest adverse to the Estate. There is an agreement with a Third Party to share the fees in connection with the sale of the realty owned by CBR Properties. The fee sharing agreement is shown in the

contract for purchase of the Realty. An application for compensation will be prepared and filed pursuant to Fed.R.Bank.P. 2016.

5. I understand that I shall be paid for the services performed from the proceeds of any sale which the buyer is procured through my service, at a rate described in the Application for Leave to Retain Realtor, upon approval of the Court.

6. I will amend this statement immediately upon my learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto.

7. I have reviewed the provisions of LBR 2016-1.

## DECLARATION

I, Miguel A Ramos Rivas, declare under penalty of perjury that the above document has been drafted in accordance with my instructions and that the statement made are true and correct to the best of my knowledge, information and belief.

In San Juan, Puerto Rico, this 31st day of March, 2011.

MIGUEL A RAMOS RIVAS



PO Box 1211, Juncos, PR 00777•Tel. (787) 734-6060•Fax (787) 713-0120

# CURRICULUM VITAE

**PRESIDENT:**

Miguel A. Ramos Rivas
Lic. 5113

**ESTABLISHED:**

June 6, 1992

**MOTTO:**

"More than a client, a friend ..."

**MISSION:**

Represent and protect the interests of those seeking our services with honesty and professionalism. Promoting excellence in service and confidentiality as well as an effective marketing benefit and satisfaction of all parties as more than clients, we want to become friends.

**SERVICES:**

We offer an excellent service in buying, selling and marketing their properties. Our greatest commitment is to satisfy the needs of our customers. We are distinguished by the cordial and respectful care we provide.

Work and qualify prospective customers with various financing programs:

FHA
Conventional
Act 124
Program Home
203 K
Ley 121
Housing Bank
FmHA L + V 100%
Project Development Consultancy, Residential, Commercial and Industrial

**TEAM MATES:**

Yelitza Santana Rodríguez
Administrative Assistant

Nermin Ramos Reyes
Assistant

José Félix Falero Rijos
Real Estate Broker
Lic. Number 11583

José L. Ríos Meléndez
Real Estate Broker
Lic. 11097

Arnaldo R. Hernández Rosa
Real Estate Broker
Lic. 10775

Carmen M. Rivera Aponte
Real Estate Broker
Lic. 1990

Marisol Pabón González
Real Estate Broker
Lic. 13606

Joaquín Torres Guadalupe
Real Estate Broker
Lic. 12522

Wanda J. Vázquez Brito
Real Estate Broker
Lic. 12974

Antonio Aponte Sánchez
Real Estate Broker
Lic. 15477

Rafael J. Uceta Grullón
Real Estate Broker
Lic. 14056

Luanna L. Santos Isales
Real Estate Broker
Lic. 16053

Isis Reyes Carrasquillo
Real Estate Broker
Lic. 2355

Israel Avilés Ramos
Real Estate Broker
Lic. 7380

Jowilliam Calo Passalacqua
Real Estate Broker
Lic. 15035

**RESIDENTIAL PROJECTS ACHIEVED:**

Urbanización Colinas de Juncos
Gurabo Arriba Ward, Juncos, Puerto Rico
Sales and marketing 60 residences

Urbanización Rancho Bonito
Ceiba Norte Ward, Juncos, Puerto Rico
Sales and marketing 72 residences
FmHA

Urbanización Extension Reparto Valenciano
Mamey Ward, Juncos, Puerto Rico
Sales and marketing 24 homes
FmHA

Urbanización Lirios Cala I
Lirios Ward, Juncos, Puerto Rico
Sales and marketing 300 residences
FmHA, FHA

Urbanization Lirios Cala II
Lirios Ward, Juncos, Puerto Rico
Sales and marketing of 252 units
FmHA, FHA

Urbanización Estancias de Juncos
Sales and marketing of 252 units
FmHA, FHA

Urbanización Hacienda Grande
Naguabo, Puerto Rico
Management and Consulting

Urbanización Extension O'Neill
Manatí, Puerto Rico
Sales and Marketing

Jesús María Sanromá
Carolina, Puerto Rico
Sales and Marketing
Social Interest Project

**COMMERCIAL PROJECTS ACHIEVED:**

Colegio Corazón de María, Inc.
Consulting permits, financing and Inspection
Ceiba Norte Ward, Juncos, Puerto Rico

Juncos Plaza Shopping Center
Permitology Consultancy, Financing and Sale
Ceiba Norte Ward, Juncos, Puerto Rico

Praderas del Río (Today Amgen)
Administration Permitology consulting, financing and sale
Ceiba Norte Ward, Juncos, Puerto Rico

Plaza Paseo de Tena
Administration Permitology consulting, financing and sale
Ceiba Norte Ward, Juncos, Puerto Rico

La Coroza Industrial Park
Administration Permitology Consulting, Financing and Sale
Ceiba Norte Ward, Juncos, Puerto Rico

Naguabo Food Court
Administration Permitology Consulting, Financing and Sale
Mariana Ward, Naguabo, Puerto Rico

Oriental Sand and Gravel
Permitology Advisor, Industrial and Sales Consultancy
Aguacate Ward, Yabucoa, Puerto Rico

South East Manufacturing
Industrial and Manufacturing Project Arena
Yabucoa, PR

Walmart Supercenter
Consulting and Sale
Hatillo, PR

Walgreens
Consulting and Sale
Las Piedras, PR

Areneras BM
Consulting and Sale
San Lorenzo, PR

JF & Asociados
Proyecto de Manufactura de Arena
Consulting and Sale
Juncos, PR

**PROJECTS CONTRACTED TO BE HELD AND SALE PROCESS:**

Palma Real Jobos (Walk Up)
Sales and Marketing 42 apartments
Bajuras Ward, Isabela, Puerto Rico

Proyecto Vistas de Florida
Ley 124
Sales & Marketing, 24 apartments
Florida Ward, San Lorenzo, Puerto Rico

Condominio San Francisco
Sales and marketing 40 apartments
Ley 124
Gurabo Arriba Ward, Juncos, Puerto Rico

Proyecto Florida Hills
Sales and marketing of 37 homes
Florida Ward, San Lorenzo, Puerto Rico

Plaza Punta San Juan (Commercial Project)
Road 3 Intersection 985
Quebrada Ward, Fajardo, Puerto Rico

Urb. Estancias de Andalucía
Ley 124
Consulting, Sales and Marketing of 176 Units
Lirios Ward, Juncos, PR

Condominio Avalon
Sales & Marketing, 18 Units
Río Piedras, PR

Urb. Laderas de Las Piedras
Consulting, Sales and Marketing / Act 124
Las Piedras, PR

Alturas de Lirios Cala
34 Units, FHA, FmHA
Juncos, PR

Haciendas de Yabucoa
263 units, FHA, FmHA
Yabucoa, PR

Laderas de Humacao
Consulting
Humacao, PR

Monte Brisas
Consulting
Fajardo, PR

## JOB EXPERIENCE

### National Executive Real Estate

Tasks: As President, I carry out all functions of the general administration of my office such as supervising brokers, vendors and Administrative Assistant in the business of Real Estate, offering the best customer service to our commercial, industrial, agricultural, agro-industrial and residential, complying with the Laws of Puerto Rico, under the Code of Ethics of the Board of Realtors.

### Plus Realty

Tasks: Real Estate Broker, listing residential properties for sale or selling properties in the portfolio, processes all documentation for the financing and help customers to complete transactions in real estate.

### Distribuidora Vázquez

Tasks: Sell staples to different businesses and develop new routes in the area east of Puerto Rico.

### AL Williams Ins. Serv.

Task: Starting as an insurance salesman, reaching the position of Vice President, where he recruited and trained staff in the area of life and disability insurance. Manage and supervise its own office to 47 people teams in different regions of the island

### Universidad del Turabo

Role: Assistant Director of Security - security administrative tasks in providing services to students, such as traffic regulations on campus, tuition and social activities.

### Colmado Ramos

Tasks: Manage, buy merchandise for the business, accounts receivable, assist customers to offer the best services.

**RELATED CONTRIBUTIONS**

**Management Advisory Board**
Colegio Corazón de María, Juncos, Puerto Rico
1994-2002

**The advisor to the Board of Community Land Management Plan of the Municipality of Juncos**
2000

**Vice President of Veterinary Medicine Institute**
2003-2004

**Vice President of National Large And Small Animal Shelter Home, Inc.**
2003

**An adviser to the Diocese of Caguas**
2001-2003

**Secretary of the Management Board**
Liga de Baloncesto Infantil de Juncos, Puerto Rico
1997-1999

**SEMINARS AND EDUCATION**

-Tax Reform
-Sale of Business in Motion, Certified Public Accountants Association of Puerto Rico.
-203-K-Financing
-Legal and New Projects
-Financing
-Introduction to Internet
-Pricing Analysis
-Loans-Internet Technology
-Real Estate Contracts
-Financing 100% Federal Grant 502 and 504
-The Market for New Projects (Marketing Properties)
-Mortgage-Technology through the Internet
-Evaluation of Properties and Interpretation of the Taxation
-Land Registry
-Marketing and Publicity Via Internet and MLS
-Bankruptcy Law
-Sales and Self Motivation Techniques
-Act 124
-Ley 121
-Home Program
-Project Management
-Technical Cost Estimates
-Analysis and Evaluation
-Economic Viability of a Project
-Microsoft Project I and II

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO           Chevron Puerto Rico, LLC
0104-3                                   PO BOX 362708                          William Estrella Law Offices
Case 09-06437-ESL11                      SAN JUAN, PR 00936-2708                PO Box 9023596
District of Puerto Rico                                                         Old San Juan, PR 00902-3596
Old San Juan
Thu Mar 31 12:44:09 AST 2011

FIRSTBANK PUERTO RICO                    JUNCOS SERVICE STATION                 LAS PIEDRAS SERVICE STATION
ENR & ASSOCIATES                         39 PORT ROAD                           39 PORT ROAD
PO BOX 191017                            LAS PALMAS                             LAS PALMAS
SAN JUAN, PR 00919-1017                  HUMACAO, PR 00791-6052                 HUMACAO, PR 00791-6052


ORIENTAL BANK & TRUST as successor in intere    POPULAR AUTO                    STATE INSURANCE FUND CORP
PO BOX 11750                             YASMIN R VAZQUEZ  ESQ                  ALEJANDRO A SUAREZ CABRERA ESQ
FERNANDEZ JUNCOS STATION                 PO BOX 366818                          PO BOX 365028
SAN JUAN, PR 00910-2850                  SAN JUAN, PR 00936-6818                SAN JUAN, PR 00936-5028


TORAL PETROLEUM CORPORATION              TOTAL PETROLEUM PUERTO RICO CORP       TREASURY DEPT/DEPT JUSTICE PR
O'Neill & Gilmore, PSC                   PO BOX 362916                          YANINA RUFAT GARCIA ESQ
Citibank Towers Suite 1701               SAN JUAN, PR 00936-2916                 PO BOX 9020192
252 Ponce de Leon Ave.                                                          SAN JUAN, PR 00902-0192
San Juan, PR 00918-2001


UNITED STATES OF AMERICA                 US TRUSTEE                             WESTERNBANK PUERTO RICO
US DEPT OF JUSTICE TAX DIVISION          EDIFICIO OCHOA                         JESUS R RABELL MENDEZ ESQ
PO BOX 227 BEN FRANKLIN STATION          500 TANCA STREET SUITE 301             PO BOX 195580
WASHINGTON, DC 20044-0227                SAN JUAN, PR 00901-1938                SAN JUAN, PR 00919-5580


US Bankruptcy Court District of P.R.     ARCH CHARLES DE JESUS                  BANCO POPULAR DE PUERTO RICO
U.S. Post Office and Courthouse Building PO BOX 29325 65 INF STATION            BANKRUPTCY DEPARTMENT
300 Recinto Sur Street, Room 109         SAN JUAN PR 00929-0325                 PO BOX 366818
San Juan, PR 00901-1964                                                         SAN JUAN PR 00936-6818


BANCO POPULAR PUERTO RICO                Best Petroleum Inc.                    BitaFull Inc.
POPULAR CENTER                           P.O. Box 9525                          PMB 1778
209 AVE MUNOZ RIVERA                     Bayamon, PR 00960-9525                 San Juan, PR  00917-3132
SAN JUAN, PR 00918-9948


CARLOS BELTRAN GONZALEZ                  Carlos Beltran                         Carlos Beltran Rodriguez
SUNRISE AT PALMAS                        Port Road # 39                         Palmas Del Mar
95 MORNING DEW                           Humacao, PR 00791-6052                 Port Road #39
HUMACAO, PR 00791-6316                                                          Humacao, PR 00791-6052


Crim                                     DEPARTAMENTO DE HACIENDA PR            DEPARTAMENTO DE HACIENDA PR
P.O. Box 195387                          P.O. BOX 9024141                       Sec. De Quiebras Ofic. 424-B
San Juan, PR  00919-5387                 SAN JUAN, PR 00902-4141                P.O. Box 9024140
                                                                                SAN JUAN, PR  00902-4140


EBP DESIGN GROUP CONSULTING ENGINEERS PSC    EFRAIN CASILLAS                    EURO BANK
207 DEL PARQUE ST                        P.O. BOX 775                           270 AVE MUNOZ RIVERA
4TH FLOOR                                JUNCOS, PR 00777-0775                  SAN JUAN, PR 00918-1901
SAN JUAN PR 00912-3237
```

```
FIRST BANK                              FIRSTBANK PUERTO RICO                       (p)INTERNAL REVENUE SERVICE
AVE MUNOZ RIVERA # 876                  ENRIQUE NASSAR RIZEK & ASSOCIATES           CENTRALIZED INSOLVENCY OPERATIONS
HYDE PARK, RIO PIEDRAS, PR 00927-4307   PO BOX 191017                               PO BOX 7346
                                        SAN JUAN PR   00919-1017                    PHILADELPHIA PA 19101-7346


Interal Revenue Service                 JC PENNEY                                   Juncos Service Stattion
Ciiti View Plaza #2                     PO BOX 960090                               Carr. 185 Kl. 20.0
48 Carr 165   Suite 2000                ORLANDO, FL 32896-0090                      Juncos, PR   00777
Guaynabo, PR 00968-8000


KELVIN HERNANDEZ                        Las Piedras Service Stattion                OC ENGINEERING GROUP PSC
SUNRISE AT PALMAS                       Carr. 183 Kil. 20.7                         URB SANTIAGO IGLEISIAS
90 SHADOW MIST                          Las Piedras, PR   00771                     1344 CALLE ESTEBAN ORTIZ
HUMACAO, PR 00791-6306                                                              SAN JUAN PR 00921-4105


POPULAR AUTO                            POPULAR AUTO (POPULAR LEASING)              Puerto Rico Department of Labor
BANKRUPTCY DEPARTMENT                   BANKRUPTCY DEPARTMENT                       Collection Unit - 12th Floor
PO BOX 366818                           PO BOX 366818                               505 Muoz Rivera Ave
SAN JUAN PUERTO RICO 00936-6818         SAN JUAN PUERTO RICO 00936-6818             San Juan PR 00918-3352


Ramon Lebron Ocasio                     SEARS CREDIT                                STATE INSURANCE FUND CORPORATION
HC40 Box 47250                          PO BOX 183081                               PO BOX 365028
San Lorenzo, PR 00754-9907              COLUMBUS OH 43218-3081                      SAN JUAN, PR 00936-5028


TORAL PETROLEUM CORP                    Toral Petroleum Corporation                 Total Petroleum Puerto Rico Corp.
KM 8 3 Rr 2                             PO Box 9335                                 c/o Jorge A. Cartaya
Bayamon, PR 00961-3507                  Bayamon, Pr   00960-9335                    P.O. Box 9023557
                                                                                    San Juan, P.R. 00902-3557


Treasury Department Of Puerto Rico      Visa                                        WESTERN BANK/BANCO POPULAR
Federal Litigation Div, Dept. Of Justice P.O. Box 70100                             269 AVE PONCE DE LEON
P.O. Box 9020192                        San Juan, PR   00936-8100                   SAN JUAN, PR 00917-1918
San Juan, PR   00902-0192


WESTERNBANK                             WESTERNBANK/BANCO POPULAR DE PUERTO RICO    CARLOS L BELTRAN RODRIGUEZ
270 AVE MUNOZ RIVERA                    PO BOX 1450                                 PO BOX 775
SAN JUAN, PR 00918-1901                 MAYAGUEZ, PR   00681-1450                   JUNCOS, PR 00777-0775


ENRIQUE J SILVA ALMEYDA                 INES GONZALEZ ROSADO                        MONSITA LECAROZ ARRIBAS
PMB 201 3071 ALEJANDRINO AVE            PO BOX 775                                  OFFICE OF THE US TRUSTEE (UST)
GUAYNABO, PR 00969-4800                 JUNCOS, PR 00777-0775                       OCHOA BUILDING
                                                                                    500 TANCA STREET  SUITE 301
                                                                                    SAN JUAN, PR 00901-1938


NOREEN WISCOVITCH RENTAS                RAMON LEBRON OCASIO
PO BOX 20438                            HC 40 BOX 47250
WEST PALM BEACH, FL 33416-0438          SAN LORENZO, PR 00754-9907
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Interal Revenue Service
Centralized Insolvency Operations
O.O. Boox 1126
Cincinati, PA  45999-0039




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Banco Popular de Puerto Rico                (d)CARLOS BELTRAN GONZALEZ                      (d)CARLOS BELTRAN GONZALEZ
                                               SUNRISE AT PALMAS                               SUNRISE AT PALMAS
                                               95 MORNING DEW                                  95 MORNING DEW
                                               HUMACAO, PR 00791-6316                          HUMACAO, PR 00791-6316



End of Label Matrix
Mailable recipients    58
Bypassed recipients     3
Total                  61