IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS L BELTRAN RODRIGUEZ

INES GONZALEZ ROSADO

XXX-XX-1911
XXX-XX-3979

        Debtor(s)

CASE NO. 09-06437 ESL
Chapter 11

**FILED & ENTERED ON 04/12/2011**

## ORDER AND NOTICE

A hearing is hereby scheduled for 05/17/2011 at 02:00 P.M. to consider the following:

1- Notice of intent to sell property at private sale filed by Chapter 11 Trustee (#295)

2- Application to employ realtor Miguel Ramos Rivas filed by Chapter 11 Trustee (#297)

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 12 day of April, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: All creditors