**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>*CARLOS L. BELTRAN RODRIGUEZ & INES GONZALEZ ROSADO,*<br>Debtors. | CASE NO. 09-06437(ESL)<br><br>CHAPTER 11 |

### EXTENSION OF TIME

**TO THE HONORABLE COURT:**

**COME NOW NOREEN WISCOVITCH-RENTAS,** Debtor's Chapter 11 Trustee and to this Honorable Court very respectfully states and prays as follows:

1. On January 20, 2011, Ms. Noreen Wiscovitch was appointed as Chapter 11 operating Trustee in the above captioned case.

2. On December 23, 2010, Banco Popular de Puerto Rico ("BPPR") filed a "Notice of Default" where it alleges that the automatic stay has been lifted automatically in its favor.

3. The Trustee filed Motions for extension of time to file an opposition to the "Notice of Default" on February 2, 2011, February 17, 2011, March 17, 2011 and March 28, 2011. All the extensions of time were granted by the Court.

1

4. The parties have met and the Trustee believes they have reached a provisional agreement regarding the dispute between the parties, but require a short period to review the written stipulation.

5. For that reason, the Trustee requests ten additional days to file a stipulation or move the Court in some other way.

**WHEREFORE,** it is hereby respectfully requested that the Court grant the instant Motion granting ten (10) days for the parties to file a Stipulation or move the Court.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee, and all participants of CM/ECF.

In San Juan, Puerto Rico, this 24th day of May of 2011.

*/s/ Rafael A. González Valiente*
USDC# 225209
*Counsel for Chapter 11 Trustee*
PO Box 9022512
San Juan, Puerto Rico 00902-2512
Tel: (787) 724-0230
Fax: (787) 724-9171
Email:rgonzalez@lbrglaw.com

G:\RGonzalez\Carlos Beltran\Motion Requesting Extension of Time.doc